AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(o) (Transfer or possession of a machinegun)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 Years Imprisonment;
3 Years Supervised Release;
$250,000 Fine; and
$100 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ NOAH KANAYE BAUER

DISTRICT COURT NUMBER
**CR 25 0079 AMO**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI SA Katelynn Lee Furtado

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
25-mj-70294 MAG

Name and Office of Person Furnishing Information on this form  PATRICK D. ROBBINS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Michelle J. Kane

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

FILED MAR 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

NOAH KANAYE BAUER

FILED
MAR 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 25 0079 AMO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation.

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 20th day of March, 2025

Ivy L. Garcia  3/20/2025
Clerk

Bail, $ No Process

Hon. Kandis A. Westmore, U.S. Magistrate Judge

1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney



FILED
MAR 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. **CR 25 0079** |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: |
| v. | ) 18 U.S.C. § 922(o) – Transfer or Possession of a |
| | ) Machinegun; |
| NOAH KANAYE BAUER, | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – |
| | ) Forfeiture Allegation. |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun)

On or about September 6, 2024, in the Northern District of California, the defendant,

NOAH KANAYE BAUER,

did knowingly possess a machinegun, that is, a 3D-printed machinegun conversion device, commonly known as a "switch" or "auto sear," all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

//

INDICTMENT

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

NOAH KANAYE BAUER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property seized on or about September 6, 2024:

    a.    One Black 9mm Glock style handgun (no serial number);

    b.    One Black Magpul Pmag 17 9mm magazine;

    c.    Three Glock 19 3D printed pistol frames;

    d.    One machinegun conversion device a/k/a "auto sear."

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

INDICTMENT                                   2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 3/20/25

A TRUE BILL.

/s/ Foreperson of the Grand Jury

FOREPERSON
Oakland, California

PATRICK D. ROBBINS
Acting United States Attorney

*Michelle J. Kane*

MICHELLE J. KANE
Assistant United States Attorney

INDICTMENT                                3