JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
JOHN PAUL REICHMUTH
Assistant Federal Public Defenders
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         Kaitlyn_Fryzek@fd.org

Counsel for Defendant Bauer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH BAUER,<br><br>Defendant. | Case No.: 25-CR-00079-AMO [KAW]<br><br>**MOTION TO ALLOW REMOTE TESTIMONY AND ORDER**<br><br>**Court:**           Courtroom 4, 3rd Floor<br>**Hearing Date:** July 18, 2025<br>**Hearing Time:** 10:30 a.m. |

    Due to expense and availability issues of defense expert Sophia Moskalenko, Ph.D., who resides out of state, the defense on June 3, 2025 suggested to counsel and the courtroom deputy clerk the selection of July 18, 2025 for the date of the Re-Opened Detention Hearing because it was a date on which Dr. Moskalenko could testify remotely. Her testifying remotely was also mentioned in the defense filings. The procedure is permissible. The Rules of Evidence do not apply in detention hearings. *United States v. Terrones*, 712 F. Supp. 786, 790–91 (S.D. Cal. 1989) ("The defendant may request counsel to appear on his behalf, and may testify and present witnesses, cross-examine the witnesses appearing at the hearing, and offer evidence by proffer or otherwise . . . . The rules of

evidence do not apply at such proceedings . . . ."). Remote testimony is even permissible in some circumstances at a jury trial. *See*, *e.g.*, *United States v. Fox*, No. CR16-0100-JCC, 2018 WL 1517674, at *1 (W.D. Wash. Mar. 28, 2018) ("courts have recognized that in certain situations, witnesses may testify remotely." (citation omitted)).

The Defense respectfully requests that the Court permit Dr. Moskalenko to testify remotely on July 18, 2025 with a screen available so public access is not denied. The defense has asked the government's position. The parties are discussing the matter, and the government expressed a concern that those in the courtroom be able to see and hear the testimony, to which the defense agrees.

Dated: July 17, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
KAITLYN FRYZEK
JOHN PAUL REICHMUTH
Assistant Federal Public Defenders

**ORDER**

For good cause shown, it is hereby ordered that Dr. Moskalenko may testify remotely on July 18, 2025 at the Re-Opened Detention Hearing in this matter. A screen will be available so those in the courtroom may see and hear such testimony.

**IT IS SO ORDERED.**

Dated: July 17, 2025

Hon. Kandis A. Westmore
United States Magistrate Judge