PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 4:25-0079 AMO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM JULY |
| | ) 14, 2025, THROUGH SEPTEMBER 8, 2025; |
| v. | ) [PROPOSED] ORDER |
| | ) |
| NOAH KANAYE BAUER, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant NOAH KANAYE BAUER that time be excluded under the Speedy Trial Act from July 14, 2025, through September 8, 2025.

The Court held hearings on defendant's motions to dismiss and to suppress on July 14, 2025. At the conclusion of the matter the Court took the motions under submission and set a status conference for September 8, 2025. The parties and Court agreed that time should be excluded under the Speedy Trial Act pending the prompt disposition of the motions and during any period of delay, not to exceed 30 days, during which the proceeding is under advisement by the Court. 18 U.S.C. § 3161(h)(1)(D), (H). Counsel for the government and defendant further agreed that time should be excluded under the Speedy Trial Act so that defense counsel could prepare, including by reviewing the discovery the government

STIP. & [PROPOSED] ORDER
CR 4:25-0079 AMO

has produced. For this reason and as further stated on the record at the hearing, the parties stipulate and agree that excluding time through September 8, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 14, 2025, through September 8, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:                             /s/
                                   MICHELLE J. KANE
                                   Assistant United States Attorney

DATED:                             /s/
                                   JOHN PAUL REICHMUTH
                                   KAITLYN FRYZEK
                                   Counsel for Defendant BAUER

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on July 14, 2025, and for good cause shown, the Court finds that time is excluded pending the prompt disposition of the motions and during any period of delay, not to exceed 30 days, during which the proceeding is under advisement by the Court pursuant to 18 U.S.C. § 3161(h)(1)(D), (H). The Court also finds that failing to exclude the time from July 14, 2025, through September 8, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 14, 2025, through September 8, 2025, from computation under the Speedy Trial Act outweigh the best interests of the

//

public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from through July 14, 2025, through September 8, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. ARACELI MARTÍNEZ OLGUÍN
United States District Judge