CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4:25-0079 AMO |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 8, 2025, THROUGH DECEMBER 9, 2025; [PROPOSED] ORDER |
| v. | |
| NOAH KANAYE BAUER, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant NOAH KANAYE BAUER that time be excluded under the Speedy Trial Act from September 8, 2025, through December 9, 2025.

The Court held hearings on defendant's motions to dismiss and to suppress on July 14, 2025. At the conclusion of the matter the Court took the motions under submission and set a status conference for September 8, 2025. On September 2, 2025, the Court filed its orders disposing of the motions to dismiss and to suppress. At the status conference on September 8, 2025, the parties agreed to set the matter for jury trial beginning on December 9, 2025.

At the status conference, counsel for the government and defendant agreed that time should be excluded under the Speedy Trial Act to give counsel time to prepare for the trial, taking into account the

STIP. & [PROPOSED] ORDER
CR 4:25-0079 AMO

1  availability of counsel and the exercise of due diligence. For this reason and as further stated on the
2  record at the hearing, the parties stipulate and agree that excluding time from September 8, 2025,
3  through December 9, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C.
4  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding
5  the time from September 8, 2025, through December 9, 2025, from computation under the Speedy Trial
6  Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
7  3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: September 12, 2025                               CRAIG H. MISSAKIAN
                                                        United States Attorney

                                                         /s/
                                                        MICHELLE J. KANE
                                                        Assistant United States Attorney

DATED: September 12, 2025                                /s/
                                                        JOHN PAUL REICHMUTH
                                                        KAITLYN FRYZEK
                                                        Counsel for Defendant BAUER

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 8, 2025, and for good cause shown, the Court finds that time is excluded pending the prompt disposition of the motions and during any period of delay, not to exceed 30 days, during which the proceeding is under advisement by the Court pursuant to 18 U.S.C. § 3161(h)(1)(D), (H). The Court also finds that failing to exclude the time from September 8, 2025, through December 9, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 8, 2025, through December 9, 2025, from computation under the Speedy Trial Act outweigh the best interests of the

//

STIP & [PROPOSED] ORDER                          2
CR 4:25-0079 AMO

public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from through September 8, 2025, through December 9, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    IT IS SO ORDERED.

DATED: _____

                                              HON. ARACELI MARTÍNEZ OLGUÍN
                                              United States District Judge