CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4:25-0079 AMO |
| Plaintiff, | STIPULATION REGARDING PRETRIAL SCHEDULE; [PROPOSED] ORDER |
| v. | Pretrial Conf.: November 19, 2025 |
| NOAH KANAYE BAUER, | Jury Trial: December 9, 2025 |
| Defendant. | |

    Defendant NOAH KANAYE BAUER represented by John Paul Reichmuth and Kaitlyn Fryzek, and the United States, represented by Assistant United States Attorney Michelle J. Kane, hereby stipulate to the following:

    1.    The parties appeared before this Court on September 8, 2025, for a status conference. The Court set a jury trial date of December 9, 2025, and a pretrial conference date of November 19, 2025.

    2.    The Court also ordered the parties to submit a stipulation regarding pretrial deadlines. The parties therefore request the following pretrial schedule:

- October 1, 2025: deadline for government disclosure of proposed Rule 404(b) material; deadline for government expert disclosures;
- October 15, 2025: deadline for Fed. R. Crim. P. 16 defense reciprocal disclosures,

including expert disclosures, and Fed. R. Crim. P. 12.1 and 12.2 defense notices, to the extent required by law and/or consistent with the Sixth Amendment; deadline for government to provide defendant translations or transcripts of conversations or statements to be shown to the jury; deadline for Jencks Act disclosures; deadline for exchange of witness and exhibit lists;

- October 29, 2025: deadline to file pretrial motions, including motions in limine, motions to exclude co-conspirator statements, *Daubert* motions or other motions directed at expert testimony, motions to exclude/include Rule 404(b) acts, and motions directed at the accuracy of transcripts of recordings to be shown to the jury;
- November 5, 2025; deadline to file oppositions to pretrial motions.
- November 12, 2025: deadline to file Joint Pretrial Conference Statement, Joint Statement of the Case to be read during voir dire, and joint jury instructions; deadline for government to file proposed jury verdict form; deadline for government and defense to file witness lists, exhibit lists, proposed jury voir dire questions, and trial memoranda.

IT IS SO STIPULATED.

DATED: September 15, 2025

CRAIG H. MISSAKIAN
United States Attorney

　　　　/s/
MICHELLE J. KANE
Assistant United States Attorney

DATED: September 15, 2025

　　　　/s/
JOHN PAUL REICHMUTH
KAITLYN FRYZEK
Counsel for Defendant BAUER

IT IS SO ORDERED.

DATED: _____

_____
HON. ARACELI MARTINEZ OLGUIN
United States District Judge

STIP & [PROPOSED] ORDER
CR 4:25-0079 AMO

2