**ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | <u>BAUER, Noah</u> |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | <u>4:25-CR-00079-AMO-1 [KAW]</u> |

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Brad Wilson | 415-837-3962 |
|---|---|
| **U.S. Pretrial Services Officer Specialist** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a **Bail Review Hearing** in Oakland Courtroom No. 4, 3rd Floor on Monday **September 29, 2025 at 10:30AM** to trail the criminal duty calendar.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_Kandis Westmore_                                  September 24, 2025
**KANDIS A. WESTMORE**                             **DATE**
**JUDICIAL OFFICER**