CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Richard.Ewenstein@usdoj.gov
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 4:25-CR-00079-AMO |
|---|---|---|
| Plaintiff, | ) ) ) | **GOVERNMENT'S TRIAL WITNESS LIST** |
| v. | ) ) | Trial Date: December 9, 2025 |
| NOAH KANAYE BAUER, | ) ) | Trial Time: 9:00 a.m. Courtroom: Ten, 19th Floor, San Francisco |
| Defendant. | ) ) ) | Hon. Araceli Martínez-Olguín |

The United States hereby gives notice that it may call any or all of the following individuals to testify as witnesses during its case-in-chief at the jury trial in the above-captioned matter:

| **Federal Bureau of Investigation (FBI)** ||
|---|---|
| *Name* | *Anticipated Area(s) of Testimony* |
| Special Agent Katelynn Furtado | Main case agent; chain of custody for items of evidence; FBI investigation; search of Windows PC |
| Special Agent Stephanie Minor | Case agent; search of Windows PC and OpenAI ChatGPT history |
| Forensic Examiner Sydney Rednour (Firearms/Toolmarks Unit) | Function testing of the privately made firearm seized from the defendant's person |
| **Brentwood Police Department (BPD)** ||
| *Name* | *Anticipated Area(s) of Testimony* |
| Detective Brandon Bascom | Search of defendant's home/bedroom and the items found therein |
| Officer Jason Fish | Initial response to 911 call; location of defendant inside Raley's; location of unloaded privately made firearm on |

| | |
|---|---|
| | defendant's person; identification of defendant |
| Detective Ian Goold | Mirandized interview of defendant; search of defendant's home and location of items therein, including auto sear |
| Detective Ryan Kathain | Mirandized interview of defendant; search of defendant's home and location of items therein, including auto sear |
| Officer Esperanza Rojas | Initial response to 911 call; location of defendant inside Raley's; location of unloaded privately made firearm on defendant's person; identification of defendant |
| **Bureau of Alcohol, Tobacco, and Firearms (ATF)** | |
| *Name* | *Anticipated Area(s) of Testimony* |
| Chief Leonard Reloza (as both fact and expert witness) | Factual testimony: testing of the auto sear device seized from defendant's home<br>Expert testimony: please see October 1, 2025 expert disclosure notice |
| **Department of Homeland Security, Homeland Security Investigations (HSI)** | |
| *Name* | *Anticipated Area(s) of Testimony* |
| Special Agent Shane Smith | Testing of the auto sear device seized from defendant's home |

The government reserves the right to call additional witnesses as required to rebut witnesses called and evidence admitted by the defense.

DATED:    November 12, 2025                Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


    /s/
RICHARD EWENSTEIN
AMANI S. FLOYD
Assistant United States Attorneys