1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  RICHARD EWENSTEIN (CABN 294649)
   AMANI S. FLOYD (CABN 301506)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        Richard.Ewenstein@usdoj.gov
         Amani.Floyd@usdoj.gov
9
   Attorneys for United States of America

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,           ) Case No. 4:25-CR-00079-AMO
                                          )
15 |         Plaintiff,                    ) **GOVERNMENT'S TRIAL EXHIBIT LIST**
                                          )
16 |    v.                                 ) Trial Date:  December 9, 2025
                                          ) Trial Time:  9:00 a.m.
17 | NOAH KANAYE BAUER,                    ) Courtroom:   10, 19th Floor, San Francisco
                                          )
18 |         Defendant.                    ) Hon. Araceli Martínez-Olguín
                                          )

19

20       The United States hereby submits the following Exhibit List in the above-captioned matter. The

21 United States respectfully asks for leave to amend its Exhibit List upon further review and as pretrial

22 disputes are resolved.

23 DATED:    November 12, 2025                         Respectfully submitted,

24                                                    CRAIG H. MISSAKIAN
                                                      United States Attorney
25

26
                                                      ___/s/_____
27                                                    RICHARD EWENSTEIN
                                                      AMANI S. FLOYD
28                                                    Assistant United States Attorneys

| Trial Exhibit Number | Description | Marked | Stipulation to Admit | Date Admitted |
|---|---|---|---|---|
| 1 | 3D-printed auto sear | | | |
| 2 | Photo of 3D-printed auto sear | | | |
| 3 | Photo of 3D-printed auto sear | | | |
| 4 | Photo of programs loaded to 3D printer | | | |
| 5 | Photo of 3D printer auto sear software visualization | | | |
| 6 | Photo of 3D printer auto sear software visualization | | | |
| 7 | Screenshot of computer website history on Sept. 6, 2024 | | | |
| 8 | *Intentionally left blank* | | | |
| 9 | 3D-printed 9mm pistol | | | |
| 10 | Magpul 9mm magazine | | | |
| 11 | Photo of 3D-printed 9mm pistol and Magpul 9mm magazine | | | |
| 12 | Photo of 3D-printed 9mm pistol | | | |
| 13 | Photo of 3D-printed 9mm pistol | | | |
| 14 | Photo of 3D-printed 9mm pistol | | | |
| 15 | Photo of 3D-printed 9mm pistol | | | |
| 16 | Photo of 3D-printed 9mm pistol | | | |
| 17 | Photo of 3D-printed 9mm pistol | | | |
| 18 | Photo of 3D-printed 9mm pistol | | | |
| 19 | Photo of 3D-printed 9mm pistol | | | |
| 20 | Photo of Bauer's bedroom as found on Sept. 6, 2024 | | | |
| 21 | 3D-printed pistol frame | | | |
| 22 | 3D-printed pistol frame | | | |
| 23 | 3D-printed pistol frame | | | |
| 24 | Photo of 3D-printed pistol frames | | | |
| 25 | Photo of 3D-printed pistol frame | | | |
| 26 | Creality, model Ender-3 V2, 3D printer | | | |
| 27 | SD card obtained from 3D printer | | | |
| 28 | Photo of 3D printer filament | | | |
| 29 | Sept. 6, 2024 Audio recording of Emergency Call No. 1 | | | |
| 30 | *Intentionally left blank* | | | |
| 31 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 1 | | | |
| 31a | Clip from Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 1 | | | |
| 32 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Jason Fish No. 1 | | | |
| 33 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Jason Fish No. 2 | | | |
| 34 | Sept. 6, 2024 In-Car Video Footage - Brentwood Police Department Vehicle Camera | | | |
| 35 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom | | | |

| Trial Exhibit Number | Description | Marked | Stipulation to Admit | Date Admitted |
|---|---|---|---|---|
| 35a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom | | | |
| 35b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom | | | |
| 36 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold | | | |
| 36a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold | | | |
| 36b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold | | | |
| 36c | Clip 3 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold | | | |
| 36d | Screenshot from Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold (20:22:27) | | | |
| 36e | Screenshot from Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold (20:30:40) | | | |
| 37 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ryan Kathain | | | |
| 38 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 | | | |
| 38a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 | | | |
| 38b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 | | | |
| 38c | Clip 3 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 | | | |
| 39 | Sept. 6, 2024 Video Recorded Interview of Noah Bauer | | | |
| 39a | Clip 1 of Sept. 6, 2024 Video Recorded Interview of Noah Bauer | | | |
| 39b | Clip 2 of Sept. 6, 2024 Video Recorded Interview of Noah Bauer | | | |
| 39c | Clip 3 of Sept. 6, 2024 Video Recorded Interview of Noah Bauer | | | |
| 40 | Photo of ChatGPT query from March 2024 | | | |
| 41 | Photo of ChatGPT query from Jan. 2025 | | | |
| 42 | Photo of ChatGPT query from Jan. 2025 | | | |
| 43 | Photo of ChatGPT query from Jan. 2025 | | | |
| 44 | Photo of ChatGPT query from Jan. 2025 | | | |
| 45 | Photo of ChatGPT query from Jan. 2025 | | | |
| 46 | Photo of ChatGPT query from Jan. 2025 | | | |
| 47 | Photo of ChatGPT Settings, displaying user | | | |