CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Richard.Ewenstein@usdoj.gov
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00079-AMO |
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| v. | |
| NOAH KANAYE BAUER, | |
| Defendant. | |

Pursuant to the Court's Standing Order for Criminal Cases, the parties submit the following Joint Statement of the Case to be read during *voir dire*:

### **STATEMENT OF THE CASE**

This is a criminal case brought by the United States against Noah Bauer. In Count One of the Indictment, Mr. Bauer is accused of possessing a machinegun, that is, a 3D-printed machinegun conversion device (also known as a "switch" or "auto sear") on or about September 6, 2024. Mr. Bauer shall remain not guilty of this offense until and unless all twelve jurors agree that the government has proved all of the elements of the offense beyond a reasonable doubt.

DATED:   November 12, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
RICHARD EWENSTEIN
AMANI S. FLOYD
Assistant United States Attorneys

DATED:   November 12, 2025

Respectfully submitted,

/s/
JOHN PAUL REICHMUTH
KAITLYN FRYZEK
Counsel for Noah Bauer