CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Richard.Ewenstein@usdoj.gov
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00079-AMO |
| Plaintiff, | **SUPPLEMENTAL JOINT PRETRIAL STATEMENT** |
| v. | |
| NOAH KANAYE BAUER, | |
| Defendant. | |

At the Pretrial Conference, the Court asked the parties to meet and confer and to submit the following by 10:00 a.m. on November 21, 2025:

    1.    A one-sentence statement of the case to be added to Question No. 27 of the CA-Northern District Court: Juror Questionnaire;

    2.    Any agreements regarding the parties' Motions in Limine No 1;

    3.    A list of any exhibits to be admitted without objection; and

    4.    A proposal for admitting stipulated exhibits before trial.

Dkt. 81.

//

Pursuant to the Court's order, the parties submit the following:

**1.    One Sentence Statement of the Case**

This case is about alleged knowing possession by Noah Bauer of a machinegun, that is a 3D-printed machinegun conversion device (also known as a "switch" or "auto sear"), on or about September 6, 2024.

**2.    The Parties' Agreement re Motions in Limine No. 1**

The parties have reached the following agreement regarding the evidence surrounding the Raley's incident on September 6, 2024:

- The government will not seek to admit either of the 911 calls from Raley's on September 6, 2024 (Trial Exhibits 29 and 30) in its case-in-chief.
- The only body worn camera footage that the government may seek to introduce into evidence in its case-in-chief from the Raley's incident on September 6, 2024 is the newly created clip, Trial Exhibit 32a, from Brentwood Police Department (BPD) Officer Fish's body worn camera footage.  Trial Exhibit 32a will only include BPD officers in the grocery store aisle before encountering Mr. Bauer, their encounter with Mr. Bauer and his brother, the retrieval of the firearm from Mr. Bauer's waistband, and Officer Fish's reaction.  The clip will stop there.  The clip will not include BPD officers' discussion with the store manager and employee when BPD arrived at the grocery store and will not include any of Mr. Bauer's statements or his brother's statements after they were detained.
- The government will not seek to admit Trial Exhibits 31, 31a, 33, or 39a in its case-in-chief.
- The government will amend Trial Exhibit 35a to start at "So talking with them . . . " and to exclude reference to the racking of the firearm at Raley's.
- Officer Fish will not testify about the racking of the firearm during his direct examination.

**3.    List of Stipulated Trial Exhibits and Proposal for Pre-Admission**

The parties stipulate to the admission of the following trial exhibits.  These exhibits can be pre-admitted before the start of trial:

//

//

| Trial Exhibit Number | Description |
|---|---|
| 2 | Photo of 3D-printed auto sear |
| 3 | Photo of 3D-printed auto sear |
| 4 | Photo of programs loaded to 3D printer |
| 11 | Photo of 3D-printed 9mm pistol and Magpul 9mm magazine |
| 12 | Photo of 3D-printed 9mm pistol |
| 13 | Photo of 3D-printed 9mm pistol |
| 14 | Photo of 3D-printed 9mm pistol |
| 15 | Photo of 3D-printed 9mm pistol |
| 16 | Photo of 3D-printed 9mm pistol |
| 17 | Photo of 3D-printed 9mm pistol |
| 18 | Photo of 3D-printed 9mm pistol |
| 20 | Photo of Bauer's bedroom as found on Sept. 6, 2024 |
| 24 | Photo of 3D-printed pistol frames |
| 25 | Photo of 3D-printed pistol frame |
| 28 | Photo of 3D printer filament |

The parties stipulate to authenticity and foundation only for the following trial exhibits. These exhibits would only be admitted during testimony if all of the defendant's objections are overruled:

| Trial Exhibit Number | Description |
|---|---|
| 32 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Jason Fish No. 1 |
| 32a | Clip of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Jason Fish No. 1 |
| 35 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom |
| 35a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom |
| 35b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Brandon Bascom |
| 36 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold |
| 36a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold |
| 36b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold |
| 36c | Clip 3 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ian Goold |
| 37 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Detective Ryan Kathain |

| | |
|---|---|
| 38 | Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 |
| 38a | Clip 1 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 |
| 38b | Clip 2 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 |
| 38c | Clip 3 of Sept. 6, 2024 Body worn Camera Footage - Brentwood Police Department Officer Esperanza Rojas No. 3 |
| 39 | Sept. 6, 2024 Video Recorded Interview of Noah Bauer |
| 39b | Clip 2 of Sept. 6, 2024 Video Recorded Interview of Noah Bauer |
| 39c | Clip 3 of Sept. 6, 2024 Video Recorded Interview of Noah Bauer |

DATED:  November 21, 2025               Respectfully submitted,

                                        CRAIG H. MISSAKIAN
                                        United States Attorney


                                         /s/
                                        RICHARD EWENSTEIN
                                        AMANI S. FLOYD
                                        Assistant United States Attorneys


DATED:  November 21, 2025               Respectfully submitted,


                                         /s/
                                        JOHN PAUL REICHMUTH
                                        KAITLYN FRYZEK
                                        Counsel for Noah Bauer