UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH KANAYE BAUER,<br><br>Defendant. | Case No.  25-cr-00079-AMO-1<br><br>**VERDICT FORM** |

# **COUNT 1**

We, the Jury in the above-captioned case, unanimously find the defendant, NOAH KANAYE BAUER,

NOT GUILTY_____                    GUILTY_____

of the crime of knowingly possessing a machinegun as charged in Count One.

Dated: _____                    _____

                                                                        FOREPERSON