UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ARACELI MARTÍNEZ-OLGUÍN Case No. 25-cr-079

CASE NAME: USA v. Bauer

NOTE FROM THE JURY

Note No. 1

Date 12/10/25

Time 11:40

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Alexander Niedermaier
Foreperson of the Jury

#12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ARACELI MARTÍNEZ-OLGUÍN Case No. 25-cr-079

CASE NAME: USA v. Bauer

NOTE FROM THE JURY

Note No. 2

Date 12/10/25

Time 11:15

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Request to see item 1 (MCD Broke)

Alexander Niedermair
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ARACELI MARTÍNEZ-OLGUÍN Case No. 25-cr-079

CASE NAME: USA v. Bauer

NOTE FROM THE JURY

Note No. 3

Date 12/11/25

Time 9:40

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

We do not have a unanimous verdict, and will be unable to reach one. How do we proceed?

Alexander Niedermaier
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ARACELI MARTÍNEZ-OLGUÍN Case No. 25-cr-079

CASE NAME: USA v. Bauer

NOTE FROM THE JURY

Note No. 4

Date 12/11/25

Time 12:00

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

The Jury is unable to reach a unanimous verdict due to lack of evidence, and will not move.

Alexander Niedermaier
Foreperson of the Jury