UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

Plaintiff,

v.

Noah Kanaye Bauer

Defendant.

Case No. 25-cr-00079-AMO-1

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

Dated: December 10, 2025

Attorney for Government

Attorney for Defendant

United States District Court
Northern District of California